IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RSL FUNDING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-941 |
| | § | |
| JESUS RODRIGUEZ, SR., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 21, 2013, plaintiff RSL Funding, LLC (RSL) and defendant Jesus Rodriguez, Sr. filed a joint motion to confirm an arbitration award amending a transfer of structured settlement payment rights. The underlying transfer, brought under the Texas Structured Settlement Protection Act, was approved by the 164th Judicial District Court of Harris County, Texas on January 18, 2013. This court held a hearing on the motion on June 4, 2013. For the reasons stated on the record, the motion to confirm is denied without prejudice. This case is administratively closed to permit the movants to obtain state-court review of the amended transfer under the Texas Structured Settlement Protection Act. Either party may move to reinstate the case to the active docket by motion filed within 14 days after the state court concludes its review.

SIGNED on June 6, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge